NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RHONDA L. DANIELS,**
*Petitioner*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent*

---

2023-2313

---

Petition for review of the Merit Systems Protection Board in No. CH-0831-18-0260-I-1.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Rhonda L. Daniels' unopposed motion to withdraw her appeal and the Office of Personnel Management's agreement that each side shall bear its own costs,

2                                                           DANIELS v. OPM

IT IS ORDERED THAT:

1)    The motion is granted.  Fed. R. App. P. 42(b).  The petition is withdrawn.

2)    Each side shall bear its own costs.

FOR THE COURT

November 3, 2023                          Jarrett B. Perlow
      Date                                  Clerk of Court

ISSUED AS A MANDATE: November 3, 2023